UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00075-W

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CHERI ABRAHAM, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court upon the Government's Motion to Dismiss the Indictment without prejudice, pursuant to Fed. R. Crim. P. 48(a). (Doc. No. 11).

IT IS ORDERED that the Government's motion is GRANTED and the Indictment against Cheri Abraham is dismissed without prejudice.

The Clerk is respectfully DIRECTED to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service and the United States Attorney's Office.

Signed: October 16, 2012

Frank D. Whitney
United States District Judge